AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>KILLIAN MACKEITHAN RYAN<br><br>_Defendant_ | Case No. 5:22-MJ-1780-JG<br><br>**RECEIVED**<br>AUG 26 2022<br>U.S. Marshals Service, EDNC |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ KILLIAN MACKEITHAN RYAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

violation of 18 U.S.C. Section 1001

Date: 08/25/2022

_Issuing officer's signature_

City and state: Raleigh, NC

James E. Gates, United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 08/24/2022, and the person was arrested on _(date)_ 08/29/2022
at _(city and state)_ Raleigh, NC.

Date: 08/29/2022

FOR FBI: _(signature)_
_Arresting officer's signature_

FOR FBI: M. Duris, DUSM
_Printed name and title_

**FILED**
SEP 01 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 5:22-mj-01780-JG   Document 11   Filed 09/01/22   Page 1 of 1